United States Court of Appeals, Federal Circuit.

Nov. 14, 2007.

Yolanda R. Gallegos, Gallegos Legal Group, of Albuquerque, NM, argued for plaintiffs-appellants.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, and Jeanne E. Davidson, Director.

LOURIE, GAJARSA, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Kenneth A. SLABY, Plaintiff–Appellee,

v.

Lon G. BERNDT and Berlon Industries, L.L.C., Defendants–Appellants,

and

Mark A. Kyle, Peterson Implement, Inc., MDMA Equipment Dealers, Inc., and Hehli–Vold Corporation, Defendants.

No. 2007–1213.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2007.

Michael T. Hopkins, IP Special Counsel, Ltd., of Milwaukee, WI, argued for plaintiff-appellee.

Joseph T. Leone, DeWitt Ross & Stevens, S.C., of Madison, WI, argued for defendants-appellants. With him on the brief was Joseph A. Ranney.

LOURIE, GAJARSA, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.